**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

REO DARVILLE,

        Plaintiff,

v.                                                          Case No: 6:16-cv-297-Orl-40KRS

JODY R. STACY,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Motion to Proceed in forma Pauperis (Doc. 2) filed on February 19, 2016. The United States Magistrate Judge has submitted a report and recommendation.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 1, 2016 (Doc. 3), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Complaint (Doc. 1) is **DISMISSED without prejudice.**

3. The Motion to Proceed in Forma Pauperis (Doc. 2) is **TERMINATED**.

4. Plaintiff **SHALL** filed an amended complaint and renewed motion to proceed *in forma pauperis* on or before April 11, 2016. The failure to timely file an amended complaint and renewed motion to proceed *in forma pauperis* will result in dismissal of the case without further notice.

**DONE AND ORDERED** in Orlando, Florida on March 21, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties